UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-

ALEXEI SAAB,
    a/k/a "Ali Hassan Saab,"
    a/k/a "Alex Saab,"
    a/k/a "Rachid,"
              Defendant.
-----------------------------------------------------------X

ORDER

19 Cr. 676 (PGG)

PAUL G. GARDEPHE, District Judge;

For the reasons set forth in the Defendant's November 22, 2019 letter it is hereby:

ORDERED that the Bureau of Prisons and United States Marshals Service amend all of their records to reflect inmate Ali Hassan Saab's (registration no. 87009-054) true legal name as ALEXEI HANSEN SAAB.

SO ORDERED

Dated: New York, New York
       December 3, 2019

                                              PAUL G. GARDEPHE
                                              UNITED STATES DISTRICT COURT