UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ALEXEI SAAB,
    a/k/a Ali Hassan Saab
    a/k/a Alex Saab
    a/k/a Rachid

                Defendant.

**ORDER**

19 Cr. 676 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's conference, any pretrial motion addressing (1) venue; (2) suppression of statements; or (3) suppression of evidence obtained through searches is to be filed by **March 31, 2020**. A status conference will take place on **April 6, 2020 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         December 19, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge