UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        -against-

ALEXEI SAAB,

              Defendant.

**ORDER**

19 Cr. 676 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

In an April 20, 2020 letter (Dkt. No. 24), the parties propose a briefing schedule for Defendant's anticipated pretrial motions addressing (1) venue; (2) suppression of post-arrest statements; and (3) suppression of evidence obtained through Government searches.  (Dkt. Nos. 17, 18)  Pursuant to the parties' joint proposal, the following schedule will apply to Defendant's pre-trial motions:

- Defendant's motions are due on **May 4, 2020**;

- the Government's opposition is due on **May 26, 2020**; and

- Defendant's reply, if any, is due on **June 1, 2020**.

The May 6, 2020 conference is adjourned until **June 15, 2020 at 3:00 p.m.**  With the consent of Defendant, by and through his counsel Marlon Kirton (Dkt. No. 24), and pursuant to the Standing Order In Re: Coronavirus/COVID-19 Pandemic, No. 20 Misc. 196 (S.D.N.Y. Apr. 20, 2020), time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from April 22, 2020 through June 15, 2020.  The ends of justice served by the granting of this continuance outweigh the best interest of the public and the Defendant in a speedy trial, because it will permit

defense counsel to prepare the aforementioned pretrial motions and continue his review of

discovery materials.

Dated: New York, New York
       April 22, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge