

# Extraction Report
Cellebrite Reports

## SMS Messages (60)

⚠️ * These details are cross-referenced from this device's contacts

| # | Folder | Party | Time | All timestamps | Status | Message | Deleted |
|---|--------|-------|------|----------------|--------|---------|---------|
| 1 | Inbox | **From** Verizon Wireless **Direction:** Incoming | 3/13/2019 11:24:32 PM(UTC+0) | | Read | VZW Free Msg: Your account profile has been successfully updated. **Source Extraction:** Advanced Logical | |
| 2 | Sent | **To** 89729 **Direction:** Outgoing | 3/13/2019 11:30:34 PM(UTC+0) | | Sent | 940794■■■ **Source Extraction:** Advanced Logical | |
| 3 | Inbox | **From** Verizon Wireless **Direction:** Incoming | 3/13/2019 11:30:46 PM(UTC+0) | | Read | FreeVZ Msg: Thanks for choosing Verizon. Your $40.00/mo plan is ready to use 03/13/2019 thru 04/12/2019. If you don't already have an **Source Extraction:** Advanced Logical | |
| 4 | Sent | **To** 9179238849 Alex * **Direction:** Outgoing | 3/16/2019 4:26:14 PM(UTC+0) | | Sent | Call when you're free, bad connection **Source Extraction:** Advanced Logical | |
| 5 | Inbox | **From** 9179238849 Alex * **Direction:** Incoming | 3/19/2019 9:34:26 PM(UTC+0) | | Read | 5 min. Sorry **Source Extraction:** Advanced Logical | |
| 6 | Sent | **To** 9179238849 Alex * **Direction:** Outgoing | 3/19/2019 9:34:47 PM(UTC+0) | | Sent | No problem **Source Extraction:** Advanced Logical | |
| 7 | Sent | **To** 9179238849 Alex * **Direction:** Outgoing | 3/21/2019 8:05:22 PM(UTC+0) | | Sent | 6-6:30 start ok? Traffic is terrible **Source Extraction:** Advanced Logical | |
| 8 | Inbox | **From** 9179238849 Alex * **Direction:** Incoming | 3/21/2019 8:44:21 PM(UTC+0) | | Read | Just saw ur msg. 6:30 is fine **Source Extraction:** Advanced Logical | |
| 9 | Sent | **To** 9179238849 Alex * **Direction:** Outgoing | 3/25/2019 9:35:51 PM(UTC+0) | | Sent | Please give me a call when you have a minute **Source Extraction:** Advanced Logical | |
| 10 | Inbox | **From** 9179238849 Alex * **Direction:** Incoming | 3/25/2019 9:40:51 PM(UTC+0) | | Read | Sorry I missed your call. I was in meeting. I'm free now. You can call at your convenience **Source Extraction:** Advanced Logical | |
| 11 | Inbox | **From** 9179238849 Alex * **Direction:** Incoming | 3/28/2019 7:53:30 PM(UTC+0) | | Read | I'll call you right back. **Source Extraction:** Advanced Logical | |
| 12 | Sent | **To** 9179238849 Alex * **Direction:** Outgoing | 3/28/2019 7:53:47 PM(UTC+0) | | Sent | Ok **Source Extraction:** Advanced Logical | |
| 13 | Sent | **To** 9179238849 Alex * **Direction:** Outgoing | 3/28/2019 9:49:53 PM(UTC+0) | | Sent | 314 **Source Extraction:** Advanced Logical | |
| 14 | Inbox | **From** 9179238849 Alex * **Direction:** Incoming | 3/28/2019 10:01:14 PM(UTC+0) | | Read | 2 min **Source Extraction:** Advanced Logical | |

| 15 | Sent | **To** 9179238849 **Alex *** **Direction:** Outgoing | 4/4/2019 10:29:50 PM(UTC+0) | | Sent | Both Friday or Saturday are fine on our end. Whichever is more convenient for you **Source Extraction:** Advanced Logical | |
| 16 | Sent | **To** 9179238849 **Alex *** **Direction:** Outgoing | 4/6/2019 7:27:01 PM(UTC+0) | | Sent | Hang loose for 5, slow getting into room **Source Extraction:** Advanced Logical | |
| 17 | Inbox | **From** 9179238849 **Alex *** **Direction:** Incoming | 4/6/2019 7:30:11 PM(UTC+0) | | Read | No worries **Source Extraction:** Advanced Logical | |
| 18 | Sent | **To** 9179238849 **Alex *** **Direction:** Outgoing | 4/6/2019 7:39:12 PM(UTC+0) | | Sent | 204 **Source Extraction:** Advanced Logical | |
| 19 | Inbox | **From** 9179238849 **Alex *** **Direction:** Incoming | 4/6/2019 7:39:36 PM(UTC+0) | | Read | 2 min **Source Extraction:** Advanced Logical | |
| 20 | Sent | **To** 89729 **Direction:** Outgoing | 4/10/2019 10:03:54 AM(UTC+0) | | Sent | 9840986107 **Source Extraction:** Advanced Logical | |
| 21 | Sent | **To** 9179238849 **Alex *** **Direction:** Outgoing | 4/19/2019 7:32:46 PM(UTC+0) | | Sent | Anytime after 5 works for us, let me know what's convenient **Source Extraction:** Advanced Logical | |
| 22 | Inbox | **From** 9179238849 **Alex *** **Direction:** Incoming | 4/19/2019 7:33:35 PM(UTC+0) | | Read | That works for me too, I'll be done by 4 **Source Extraction:** Advanced Logical | |
| 23 | Sent | **To** 9179238849 **Alex *** **Direction:** Outgoing | 4/19/2019 8:30:24 PM(UTC+0) | | Sent | 5:15 ok? Traffic **Source Extraction:** Advanced Logical | |
| 24 | Inbox | **From** 9179238849 **Alex *** **Direction:** Incoming | 4/19/2019 8:31:06 PM(UTC+0) | | Read | Take your time **Source Extraction:** Advanced Logical | |
| 25 | Sent | **To** 9179238849 **Alex *** **Direction:** Outgoing | 4/19/2019 9:09:10 PM(UTC+0) | | Sent | 314 **Source Extraction:** Advanced Logical | |
| 26 | Inbox | **From** 9179238849 **Alex *** **Direction:** Incoming | 4/19/2019 9:09:41 PM(UTC+0) | | Read | 5 min **Source Extraction:** Advanced Logical | |
| 27 | Sent | **To** 9179238849 **Alex *** **Direction:** Outgoing | 4/29/2019 5:39:49 PM(UTC+0) | | Sent | Could you give me a call when you're free? **Source Extraction:** Advanced Logical | |
| 28 | Inbox | **From** 9179238849 **Alex *** **Direction:** Incoming | 4/29/2019 5:40:26 PM(UTC+0) | | Read | 20 min **Source Extraction:** Advanced Logical | |
| 29 | Sent | **To** 9179238849 **Alex *** **Direction:** Outgoing | 4/29/2019 5:41:02 PM(UTC+0) | | Sent | Sounds good, thanks **Source Extraction:** Advanced Logical | |
| 30 | Inbox | **From** 9179238849 **Alex *** **Direction:** Incoming | 4/30/2019 10:03:07 PM(UTC+0) | | Read | 5 min **Source Extraction:** Advanced Logical | |
| 31 | Sent | **To** 9179238849 **Alex *** **Direction:** Outgoing | 4/30/2019 10:03:29 PM(UTC+0) | | Sent | Take your time **Source Extraction:** Advanced Logical | |
| 32 | Sent | **To** 9179238849 **Alex *** **Direction:** Outgoing | 5/6/2019 8:13:11 PM(UTC+0) | | Sent | Could you give me a call when you get a minute? **Source Extraction:** Advanced Logical | |

| 33 | Inbox | **From** 9179238849 Alex * **Direction:** Incoming | 5/6/2019 9:23:10 PM(UTC+0) | | Read | 5 min Source Extraction: Advanced Logical | |
|----|-------|------|------|---|------|------|---|
| 34 | Sent | **To** 89729 **Direction:** Outgoing | 5/11/2019 1:09:13 PM(UTC+0) | | Sent | 9071739803 Source Extraction: Advanced Logical | |
| 35 | Sent | **To** 9179238849 Alex * **Direction:** Outgoing | 5/15/2019 9:05:33 PM(UTC+0) | | Sent | Saw that you called, give me a call back when convenient Source Extraction: Advanced Logical | |
| 36 | Inbox | **From** 9179238849 Alex * **Direction:** Incoming | 5/15/2019 9:15:15 PM(UTC+0) | | Read | 10 min. Sorry, Phone restarted Source Extraction: Advanced Logical | |
| 37 | Sent | **To** 9179238849 Alex * **Direction:** Outgoing | 5/15/2019 9:15:41 PM(UTC+0) | | Sent | No problem Source Extraction: Advanced Logical | |
| 38 | Inbox | **From** 9179238849 Alex * **Direction:** Incoming | 5/31/2019 7:49:29 PM(UTC+0) | | Read | I could be 5min late. Sorry. Source Extraction: Advanced Logical | |
| 39 | Sent | **To** 9179238849 Alex * **Direction:** Outgoing | 5/31/2019 7:51:15 PM(UTC+0) | | Sent | Not a problem, take your time Source Extraction: Advanced Logical | |
| 40 | Sent | **To** 9179238849 Alex * **Direction:** Outgoing | 5/31/2019 7:51:32 PM(UTC+0) | | Sent | 314 Source Extraction: Advanced Logical | |
| 41 | Inbox | **From** 9179238849 Alex * **Direction:** Incoming | 5/31/2019 8:13:42 PM(UTC+0) | | Read | Just Parked Source Extraction: Advanced Logical | |
| 42 | Sent | **To** 9179238849 Alex * **Direction:** Outgoing | 6/11/2019 9:49:40 PM(UTC+0) | | Sent | 996 463 3303 Source Extraction: Advanced Logical | |
| 43 | Inbox | **From** 9179238849 Alex * **Direction:** Incoming | 6/11/2019 10:24:49 PM(UTC+0) | | Read | Worked. Thank you Source Extraction: Advanced Logical | |
| 44 | Sent | **To** 89729 **Direction:** Outgoing | 6/13/2019 3:07:06 PM(UTC+0) | | Sent | 9664840444 Source Extraction: Advanced Logical | |
| 45 | Sent | **To** 9179238849 Alex * **Direction:** Outgoing | 6/18/2019 9:59:11 PM(UTC+0) | | Sent | Does Thursday still work for you? Source Extraction: Advanced Logical | |
| 46 | Inbox | **From** 9179238849 Alex * **Direction:** Incoming | 6/19/2019 2:56:53 AM(UTC+0) | | Read | Sorry, fell asleep. Yes it does Source Extraction: Advanced Logical | |
| 47 | Inbox | **From** 9179238849 Alex * **Direction:** Incoming | 6/19/2019 6:15:01 PM(UTC+0) | | Read | I'll call you right back. Source Extraction: Advanced Logical | |
| 48 | Sent | **To** 9179238849 Alex * **Direction:** Outgoing | 6/19/2019 6:15:11 PM(UTC+0) | | Sent | Ok, thx Source Extraction: Advanced Logical | |
| 49 | Inbox | **From** 9179238849 Alex * **Direction:** Incoming | 6/20/2019 8:22:30 PM(UTC+0) | | Read | I am done Source Extraction: Advanced Logical | |
| 50 | Inbox | **From** 9179238849 Alex * **Direction:** Incoming | 6/20/2019 8:24:03 PM(UTC+0) | | Read | Whenever you're ready. Source Extraction: Advanced Logical | |

| 51 | Sent | To<br>9179238849<br>Alex *<br><br>Direction:<br>Outgoing | 6/20/2019<br>8:29:41<br>PM(UTC+0) | | Sent | Great, were<br>**Source Extraction:** Advanced Logical | |
| 52 | Sent | To<br>9179238849<br>Alex *<br><br>Direction:<br>Outgoing | 6/20/2019<br>8:29:49<br>PM(UTC+0) | | Sent | Here<br>**Source Extraction:** Advanced Logical | |
| 53 | Sent | To<br>9179238849<br>Alex *<br><br>Direction:<br>Outgoing | 6/20/2019<br>8:29:54<br>PM(UTC+0) | | Sent | 610<br>**Source Extraction:** Advanced Logical | |
| 54 | Inbox | From<br>9179238849<br>Alex *<br><br>Direction:<br>Incoming | 6/20/2019<br>8:30:12<br>PM(UTC+0) | | Read | 4:45<br>**Source Extraction:** Advanced Logical | |
| 55 | Sent | To<br>9179238849<br>Alex *<br><br>Direction:<br>Outgoing | 6/20/2019<br>8:30:36<br>PM(UTC+0) | | Sent | No rush<br>**Source Extraction:** Advanced Logical | |
| 56 | Inbox | From<br>9179238849<br>Alex *<br><br>Direction:<br>Incoming | 6/20/2019<br>8:46:31<br>PM(UTC+0) | | Read | Coming up<br>**Source Extraction:** Advanced Logical | |
| 57 | Inbox | From<br>9179238849<br>Alex *<br><br>Direction:<br>Incoming | 6/26/2019<br>10:02:25<br>PM(UTC+0) | | Read | Just wanted to tell you that I am traveling tomorrow for work to PA, will stay there for the night and come back Fri<br>**Source Extraction:** Advanced Logical | |
| 58 | Inbox | From<br>9179238849<br>Alex *<br><br>Direction:<br>Incoming | 7/9/2019<br>9:51:06<br>PM(UTC+0) | | Read | Could be 15 min late. Bad traffic<br>**Source Extraction:** Advanced Logical | |
| 59 | Sent | To<br>9179238849<br>Alex *<br><br>Direction:<br>Outgoing | 7/9/2019<br>9:51:53<br>PM(UTC+0) | | Sent | No problem, 616<br>**Source Extraction:** Advanced Logical | |
| 60 | Inbox | From<br>9179238849<br>Alex *<br><br>Direction:<br>Incoming | 7/9/2019<br>10:18:03<br>PM(UTC+0) | | Read | Just parked. 5 min<br>**Source Extraction:** Advanced Logical | |



# Extraction Report
Cellebrite Reports

## Call Log (81)

| # | Type | Parties | Timestamp | Duration | Country code | Network | Video call | Source | Deleted |
|---|------|---------|-----------|----------|--------------|---------|------------|--------|---------|
| 1 | Missed | **From:** +19179238849 Alex **Direction:** Incoming | 3/15/2019 6:29:27 PM(UTC+0) | 00:00:00 | | | | **Source Extraction:** Advanced Logical | |
| 2 | Outgoing | **To:** 19179238849 Alex **Direction:** Outgoing | 3/15/2019 6:48:18 PM(UTC+0) | 00:06:27 | | | | **Source Extraction:** Advanced Logical | |
| 3 | Outgoing | **To:** 9179238849 Alex **Direction:** Outgoing | 3/15/2019 8:45:17 PM(UTC+0) | 00:00:29 | | | | **Source Extraction:** Advanced Logical | |
| 4 | Outgoing | **To:** 9179238849 Alex **Direction:** Outgoing | 3/15/2019 8:48:54 PM(UTC+0) | 00:00:51 | | | | **Source Extraction:** Advanced Logical | |
| 5 | Outgoing | **To:** 9179238849 Alex **Direction:** Outgoing | 3/15/2019 8:56:54 PM(UTC+0) | 00:02:38 | | | | **Source Extraction:** Advanced Logical | |
| 6 | Incoming | **From:** +19179238849 Alex **Direction:** Incoming | 3/16/2019 4:21:48 PM(UTC+0) | 00:00:17 | | | | **Source Extraction:** Advanced Logical | |
| 7 | Outgoing | **To:** 9179238849 Alex **Direction:** Outgoing | 3/16/2019 4:22:30 PM(UTC+0) | 00:00:00 | | | | **Source Extraction:** Advanced Logical | |
| 8 | Incoming | **From:** +19179238849 Alex **Direction:** Incoming | 3/16/2019 4:32:01 PM(UTC+0) | 00:01:05 | | | | **Source Extraction:** Advanced Logical | |
| 9 | Incoming | **From:** +19179238849 Alex **Direction:** Incoming | 3/16/2019 5:22:16 PM(UTC+0) | 00:00:40 | | | | **Source Extraction:** Advanced Logical | |
| 10 | Outgoing | **To:** 9179238849 Alex **Direction:** Outgoing | 3/19/2019 12:10:34 AM(UTC+0) | 00:02:45 | | | | **Source Extraction:** Advanced Logical | |
| 11 | Outgoing | **To:** 9179238849 Alex **Direction:** Outgoing | 3/19/2019 8:58:22 PM(UTC+0) | 00:00:59 | | | | **Source Extraction:** Advanced Logical | |
| 12 | Incoming | **From:** +19179238849 Alex **Direction:** Incoming | 3/19/2019 9:37:52 PM(UTC+0) | 00:00:23 | | | | **Source Extraction:** Advanced Logical | |
| 13 | Outgoing | **To:** 9179238849 Alex **Direction:** Outgoing | 3/21/2019 10:10:51 PM(UTC+0) | 00:00:47 | | | | **Source Extraction:** Advanced Logical | |
| 14 | Outgoing | **To:** 9179238849 Alex **Direction:** Outgoing | 3/22/2019 5:24:12 PM(UTC+0) | 00:00:22 | | | | **Source Extraction:** Advanced Logical | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15 | Incoming | **From:** +19179238849 Alex **Direction:** Incoming | 3/22/2019 5:33:08 PM(UTC+0) | 00:07:28 | | | **Source Extraction:** Advanced Logical | |
| 16 | Outgoing | **To:** 9179238849 Alex **Direction:** Outgoing | 3/25/2019 9:32:47 PM(UTC+0) | 00:00:08 | | | **Source Extraction:** Advanced Logical | |
| 17 | Incoming | **From:** +19179238849 Alex **Direction:** Incoming | 3/25/2019 9:38:07 PM(UTC+0) | 00:00:16 | | | **Source Extraction:** Advanced Logical | |
| 18 | Outgoing | **To:** 9179238849 Alex **Direction:** Outgoing | 3/25/2019 9:41:23 PM(UTC+0) | 00:02:04 | | | **Source Extraction:** Advanced Logical | |
| 19 | Outgoing | **To:** 9179238849 Alex **Direction:** Outgoing | 3/28/2019 7:53:09 PM(UTC+0) | 00:00:00 | | | **Source Extraction:** Advanced Logical | |
| 20 | Incoming | **From:** +19179238849 Alex **Direction:** Incoming | 3/28/2019 8:16:21 PM(UTC+0) | 00:00:34 | | | **Source Extraction:** Advanced Logical | |
| 21 | Outgoing | **To:** 9179238849 Alex **Direction:** Outgoing | 3/29/2019 7:01:22 PM(UTC+0) | 00:00:02 | | | **Source Extraction:** Advanced Logical | |
| 22 | Missed | **From:** +19179238849 Alex **Direction:** Incoming | 3/29/2019 7:25:58 PM(UTC+0) | 00:00:00 | | | **Source Extraction:** Advanced Logical | |
| 23 | Outgoing | **To:** 9179238849 Alex **Direction:** Outgoing | 3/29/2019 8:02:19 PM(UTC+0) | 00:00:02 | | | **Source Extraction:** Advanced Logical | |
| 24 | Missed | **From:** +19179238849 Alex **Direction:** Incoming | 3/29/2019 8:36:27 PM(UTC+0) | 00:00:00 | | | **Source Extraction:** Advanced Logical | |
| 25 | Outgoing | **To:** 19179238849 Alex **Direction:** Outgoing | 3/29/2019 8:54:18 PM(UTC+0) | 00:05:57 | | | **Source Extraction:** Advanced Logical | |
| 26 | Outgoing | **To:** 9179238849 Alex **Direction:** Outgoing | 4/3/2019 9:44:51 PM(UTC+0) | 00:00:02 | | | **Source Extraction:** Advanced Logical | |
| 27 | Outgoing | **To:** 9179238849 Alex **Direction:** Outgoing | 4/3/2019 10:08:39 PM(UTC+0) | 00:00:00 | | | **Source Extraction:** Advanced Logical | |
| 28 | Incoming | **From:** +19179238849 Alex **Direction:** Incoming | 4/3/2019 11:11:23 PM(UTC+0) | 00:03:15 | | | **Source Extraction:** Advanced Logical | |
| 29 | Outgoing | **To:** 9179238849 Alex **Direction:** Outgoing | 4/4/2019 10:07:08 PM(UTC+0) | 00:00:02 | | | **Source Extraction:** Advanced Logical | |
| 30 | Incoming | **From:** +19179238849 Alex **Direction:** Incoming | 4/5/2019 1:22:12 AM(UTC+0) | 00:01:25 | | | **Source Extraction:** Advanced Logical | |
| 31 | Outgoing | **To:** 9179238849 Alex **Direction:** Outgoing | 4/6/2019 4:07:22 PM(UTC+0) | 00:00:00 | | | **Source Extraction:** Advanced Logical | |
| 32 | Outgoing | **To:** 9179238849 Alex **Direction:** Outgoing | 4/6/2019 4:08:04 PM(UTC+0) | 00:00:02 | | | **Source Extraction:** Advanced Logical | |

| 33 | Missed | From:<br>+19179238849<br>Alex<br><br>Direction:<br>Incoming | 4/6/2019<br>4:22:14<br>PM(UTC+0) | 00:00:00 | | | | Source Extraction: Advanced<br>Logical | |
|----|--------|------|------|------|--|--|--|------|--|
| 34 | Outgoing | To:<br>19179238849<br>Alex<br><br>Direction:<br>Outgoing | 4/6/2019<br>5:34:19<br>PM(UTC+0) | 00:00:42 | | | | Source Extraction: Advanced<br>Logical | |
| 35 | Incoming | From:<br>+19179238849<br>Alex<br><br>Direction:<br>Incoming | 4/7/2019<br>5:40:43<br>PM(UTC+0) | 00:03:43 | | | | Source Extraction: Advanced<br>Logical | |
| 36 | Missed | From:<br>+19179238849<br>Alex<br><br>Direction:<br>Incoming | 4/10/2019<br>9:20:20<br>PM(UTC+0) | 00:00:00 | | | | Source Extraction: Advanced<br>Logical | |
| 37 | Outgoing | To:<br>9179238849<br>Alex<br><br>Direction:<br>Outgoing | 4/10/2019<br>9:41:41<br>PM(UTC+0) | 00:05:23 | | | | Source Extraction: Advanced<br>Logical | |
| 38 | Incoming | From:<br>+19179238849<br>Alex<br><br>Direction:<br>Incoming | 4/18/2019<br>4:20:03<br>AM(UTC+0) | 00:06:17 | | | | Source Extraction: Advanced<br>Logical | |
| 39 | Outgoing | To:<br>9179238849<br>Alex<br><br>Direction:<br>Outgoing | 4/19/2019<br>7:34:42<br>PM(UTC+0) | 00:00:28 | | | | Source Extraction: Advanced<br>Logical | |
| 40 | Missed | From:<br>+19179238849<br>Alex<br><br>Direction:<br>Incoming | 4/21/2019<br>4:06:55<br>PM(UTC+0) | 00:00:00 | | | | Source Extraction: Advanced<br>Logical | |
| 41 | Outgoing | To:<br>9179238849<br>Alex<br><br>Direction:<br>Outgoing | 4/21/2019<br>8:49:02<br>PM(UTC+0) | 00:00:02 | | | | Source Extraction: Advanced<br>Logical | |
| 42 | Incoming | From:<br>+19179238849<br>Alex<br><br>Direction:<br>Incoming | 4/21/2019<br>9:53:01<br>PM(UTC+0) | 00:02:17 | | | | Source Extraction: Advanced<br>Logical | |
| 43 | Incoming | From:<br>+19179238849<br>Alex<br><br>Direction:<br>Incoming | 4/29/2019<br>6:03:40<br>PM(UTC+0) | 00:01:24 | | | | Source Extraction: Advanced<br>Logical | |
| 44 | Outgoing | To:<br>9179238849<br>Alex<br><br>Direction:<br>Outgoing | 4/30/2019<br>8:08:17<br>PM(UTC+0) | 00:01:02 | | | | Source Extraction: Advanced<br>Logical | |
| 45 | Incoming | From:<br>+19179238849<br>Alex<br><br>Direction:<br>Incoming | 4/30/2019<br>8:57:47<br>PM(UTC+0) | 00:00:33 | | | | Source Extraction: Advanced<br>Logical | |
| 46 | Missed | From:<br>+119292054891<br>null<br><br>Direction:<br>Incoming | 5/3/2019<br>10:29:32<br>PM(UTC+0) | 00:00:00 | | | | Source Extraction: Advanced<br>Logical | |
| 47 | Outgoing | To:<br>9179238849<br>Alex<br><br>Direction:<br>Outgoing | 5/6/2019<br>3:40:39<br>PM(UTC+0) | 00:00:00 | | | | Source Extraction: Advanced<br>Logical | |
| 48 | Incoming | From:<br>+19179238849<br>Alex<br><br>Direction:<br>Incoming | 5/6/2019<br>3:44:08<br>PM(UTC+0) | 00:00:08 | | | | Source Extraction: Advanced<br>Logical | |
| 49 | Outgoing | To:<br>9179238849<br>Alex<br><br>Direction:<br>Outgoing | 5/6/2019<br>3:57:37<br>PM(UTC+0) | 00:00:35 | | | | Source Extraction: Advanced<br>Logical | |
| 50 | Incoming | From:<br>+19179238849<br>Alex<br><br>Direction:<br>Incoming | 5/6/2019<br>8:19:00<br>PM(UTC+0) | 00:00:45 | | | | Source Extraction: Advanced<br>Logical | |

| 51 | Incoming | From:<br>+19179238849<br>Alex<br><br>Direction:<br>Incoming | 5/6/2019<br>9:27:25<br>PM(UTC+0) | 00:00:07 | | | | Source Extraction: Advanced<br>Logical | |
|----|----------|------|------|------|---|---|---|------|---|
| 52 | Missed | From:<br>+19179238849<br>Alex<br><br>Direction:<br>Incoming | 5/15/2019<br>6:27:57<br>PM(UTC+0) | 00:00:00 | | | | Source Extraction: Advanced<br>Logical | |
| 53 | Outgoing | To:<br>19179238849<br>Alex<br><br>Direction:<br>Outgoing | 5/15/2019<br>9:01:20<br>PM(UTC+0) | 00:00:03 | | | | Source Extraction: Advanced<br>Logical | |
| 54 | Outgoing | To:<br>9179238849<br>Alex<br><br>Direction:<br>Outgoing | 5/15/2019<br>9:02:52<br>PM(UTC+0) | 00:00:03 | | | | Source Extraction: Advanced<br>Logical | |
| 55 | Outgoing | To:<br>9179238849<br>Alex<br><br>Direction:<br>Outgoing | 5/15/2019<br>9:04:33<br>PM(UTC+0) | 00:00:02 | | | | Source Extraction: Advanced<br>Logical | |
| 56 | Incoming | From:<br>+19179238849<br>Alex<br><br>Direction:<br>Incoming | 5/15/2019<br>9:28:49<br>PM(UTC+0) | 00:09:49 | | | | Source Extraction: Advanced<br>Logical | |
| 57 | Missed | From:<br>+19179238849<br>Alex<br><br>Direction:<br>Incoming | 5/20/2019<br>11:44:07<br>PM(UTC+0) | 00:00:00 | | | | Source Extraction: Advanced<br>Logical | |
| 58 | Outgoing | To:<br>9179238849<br>Alex<br><br>Direction:<br>Outgoing | 5/20/2019<br>11:49:20<br>PM(UTC+0) | 00:06:13 | | | | Source Extraction: Advanced<br>Logical | |
| 59 | Missed | From:<br>+19179238849<br>Alex<br><br>Direction:<br>Incoming | 5/24/2019<br>5:27:00<br>PM(UTC+0) | 00:00:00 | | | | Source Extraction: Advanced<br>Logical | |
| 60 | Outgoing | To:<br>19179238849<br>Alex<br><br>Direction:<br>Outgoing | 5/24/2019<br>7:20:38<br>PM(UTC+0) | 00:03:10 | | | | Source Extraction: Advanced<br>Logical | |
| 61 | Outgoing | To:<br>9179238849<br>Alex<br><br>Direction:<br>Outgoing | 5/27/2019<br>3:48:43<br>PM(UTC+0) | 00:01:18 | | | | Source Extraction: Advanced<br>Logical | |
| 62 | Outgoing | To:<br>9179238849<br>Alex<br><br>Direction:<br>Outgoing | 5/28/2019<br>7:08:54<br>PM(UTC+0) | 00:00:08 | | | | Source Extraction: Advanced<br>Logical | |
| 63 | Incoming | From:<br>+19179238849<br>Alex<br><br>Direction:<br>Incoming | 5/28/2019<br>7:11:16<br>PM(UTC+0) | 00:01:29 | | | | Source Extraction: Advanced<br>Logical | |
| 64 | Outgoing | To:<br>9179238849<br>Alex<br><br>Direction:<br>Outgoing | 5/31/2019<br>6:33:18<br>PM(UTC+0) | 00:00:35 | | | | Source Extraction: Advanced<br>Logical | |
| 65 | Outgoing | To:<br>9179238849<br>Alex<br><br>Direction:<br>Outgoing | 6/10/2019<br>8:14:21<br>PM(UTC+0) | 00:00:00 | | | | Source Extraction: Advanced<br>Logical | |
| 66 | Missed | From:<br>+19179238849<br>Alex<br><br>Direction:<br>Incoming | 6/10/2019<br>9:37:09<br>PM(UTC+0) | 00:00:00 | | | | Source Extraction: Advanced<br>Logical | |
| 67 | Outgoing | To:<br>9179238849<br>null<br><br>Direction:<br>Outgoing | 6/10/2019<br>10:47:53<br>PM(UTC+0) | 00:07:39 | | | | Source Extraction: Advanced<br>Logical | |
| 68 | Outgoing | To:<br>9179238849<br>null<br><br>Direction:<br>Outgoing | 6/11/2019<br>9:13:57<br>PM(UTC+0) | 00:01:42 | | | | Source Extraction: Advanced<br>Logical | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 69 | Missed | **From:** +19179238849 Alex **Direction:** Incoming | 6/14/2019 9:43:56 PM(UTC+0) | 00:00:00 | | | | **Source Extraction:** Advanced Logical | |
| 70 | Outgoing | **To:** 19179238849 Alex **Direction:** Outgoing | 6/14/2019 9:45:57 PM(UTC+0) | 00:02:26 | | | | **Source Extraction:** Advanced Logical | |
| 71 | Outgoing | **To:** 19179238849 Alex **Direction:** Outgoing | 6/18/2019 8:10:29 PM(UTC+0) | 00:00:02 | | | | **Source Extraction:** Advanced Logical | |
| 72 | Outgoing | **To:** 9179238849 null **Direction:** Outgoing | 6/19/2019 6:14:39 PM(UTC+0) | 00:00:03 | | | | **Source Extraction:** Advanced Logical | |
| 73 | Incoming | **From:** +19179238849 Alex **Direction:** Incoming | 6/19/2019 6:20:15 PM(UTC+0) | 00:01:45 | | | | **Source Extraction:** Advanced Logical | |
| 74 | Incoming | **From:** +19179238849 Alex **Direction:** Incoming | 6/20/2019 4:56:24 PM(UTC+0) | 00:01:03 | | | | **Source Extraction:** Advanced Logical | |
| 75 | Missed | **From:** +19179238849 Alex **Direction:** Incoming | 6/26/2019 7:57:16 PM(UTC+0) | 00:00:00 | | | | **Source Extraction:** Advanced Logical | |
| 76 | Missed | **From:** +19179238849 Alex **Direction:** Incoming | 6/26/2019 9:29:41 PM(UTC+0) | 00:00:00 | | | | **Source Extraction:** Advanced Logical | |
| 77 | Outgoing | **To:** 9179238849 null **Direction:** Outgoing | 6/26/2019 11:21:27 PM(UTC+0) | 00:01:25 | | | | **Source Extraction:** Advanced Logical | |
| 78 | Outgoing | **To:** 9179238849 null **Direction:** Outgoing | 7/2/2019 9:19:43 PM(UTC+0) | 00:00:02 | | | | **Source Extraction:** Advanced Logical | |
| 79 | Missed | **From:** +19179238849 Alex **Direction:** Incoming | 7/2/2019 10:29:52 PM(UTC+0) | 00:00:00 | | | | **Source Extraction:** Advanced Logical | |
| 80 | Outgoing | **To:** 19179238849 Alex **Direction:** Outgoing | 7/2/2019 11:05:13 PM(UTC+0) | 00:03:55 | | | | **Source Extraction:** Advanced Logical | |
| 81 | Outgoing | **To:** 19179238849 Alex **Direction:** Outgoing | 7/8/2019 9:39:23 PM(UTC+0) | 00:01:31 | | | | **Source Extraction:** Advanced Logical | |