UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

ALEXEI SAAB,

              Defendant.

**ORDER**

19 Cr. 676 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for **June 15, 2020 at 3 p.m.** will take place by telephone. The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. No later than **June 12, 2020**, the parties must email GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will use to dial into the conference so that the Court knows which numbers to un-mute during the call. The email should include the case name and case number in the subject line.

Dated: New York, New York
       June 10, 2020

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge