UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       -against-

ALEXEI SAAB,

                Defendant.

**ORDER**

19 Cr. 676 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

          As discussed during yesterday's telephone conference, the parties are directed to file a joint status letter by **July 15, 2020**, advising the Court as to the status of discovery.  The letter should include a proposed trial date and a briefing schedule for any additional pretrial motions.  The Government shall file its anticipated motion under Section 4 of the Classified Information Procedures Act by **October 15, 2020**.

Dated:  New York, New York
       June 16, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge