UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

ALEXEI SAAB,

           Defendant.

**ORDER**

19 Cr. 676 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        A telephone conference will take place on **September 2, 2020 at 10:30 a.m.**  The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.  No later than **August 31, 2020**, the parties must email GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will use to dial into the conference so that the Court knows which numbers to un-mute during the call. The email should include the case name and case number in the subject line.

        Given that Defendant has waived his appearances at conferences for the period of time in which access to the courtroom is limited due to the COVID-19 epidemic (Dkt. No. 39), the Court assumes that Defendant will not be present for the conference.  To the extent that Defendant wishes to appear, Defendant must notify the Court by filing a letter on the docket no later than **August 19, 2020** so that the Court can make the necessary arrangements.

        Upon the application of the United States of America, by and through Assistant United States Attorney Jason Richman, and with the consent of Defendant, by and through his counsel, Marlon Kirton, and pursuant to Standing Order In Re: Coronavirus/COVID-19 Pandemic, No. 20 Misc. 196 (June 11, 2020), it is ORDERED that the time from July 15, 2020

through September 2, 2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendant in a speedy trial, because it will allow the defense time to continue preparing its pretrial motions and reviewing discovery.

Dated: New York, New York
July 15, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge