UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      -against-

ALEXEI SAAB,

              Defendant.

**ORDER**

19 Cr. 676 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The telephone conference currently scheduled for September 2, 2020 will take place on **September 18, 2020 at 10:30 a.m.**  The parties are directed to dial 888-363-4749 to participate, and to enter the access/security code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access/security code.  No later than **September 14, 2020**, the parties must email GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will use to dial into the conference so that the Court knows which numbers to un-mute during the call.  The email should include the case name and case number in the subject line.

        Upon the application of the United States of America, by and through Assistant United States Attorney Michael Krouse, and with the consent of Defendant, by and through his counsel, Marlon Kirton, and pursuant to Standing Order <u>In Re: Coronavirus/COVID-19 Pandemic</u>, No. 20 Misc. 196 (June 11, 2020), it is ORDERED that the time from September 1, 2020 through September 18, 2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.  The ends of justice served by the granting of this

continuance outweigh the interest of the public and the Defendant in a speedy trial, because it will allow the Defendant time to prepare his pretrial motions and continue reviewing discovery.

Dated: New York, New York
      September 1, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge