UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

ALEXEI SAAB,

              Defendant.

**ORDER**

19 Cr. 676 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's conference, the parties' proposed briefing schedule (Dkt. No. 53) is approved. Defendant's remaining pretrial motions are due by **January 5, 2021**; the Government's opposition is due by **February 5, 2021**; and Defendant's reply is due by **February 19, 2021**. Any necessary hearing concerning Defendant's pretrial motions will be conducted on **April 7, 2021 at 10:00 a.m.**

Dated: New York, New York
       September 18, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge