UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>ALEXEI SAAB,<br><br>Defendant. | **ORDER**<br><br>19 Cr. 676 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

       The following schedule will apply to Defendant's motion to dismiss (Dkt. No. 67):

1. the Government's opposition is due by **March 16, 2021;**

2. Defendant's reply, if any, is due on **March 23, 2021**.

Dated: New York, New York
       February 23, 2021

       SO ORDERED.

*Paul Gardephe*

Paul G. Gardephe
United States District Judge