UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>ALEXEI SAAB,<br><br>Defendant. | **ORDER**<br><br>19 Cr. 676 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

As discussed at today's conference, the following schedule will apply to Defendant's supplemental pretrial motions:

1. Defendant's supplemental motions are due by **May 5, 2021**;

2. The Government's opposition is due by **May 26, 2021**;

3. Defendant's reply, if any, is due by **June 2, 2021.**

A hearing concerning Defendant's pretrial motions will be conducted on **June 21, 2021 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
April 7, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge