UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

                                       19 cr. 676 (PGG)

    v.
                                          **ORDER**

ALEXEI SAAB,
          Defendant.
------------------------------------------------------X

PAUL G. GARDEPHE, District Court:

As set forth in the Defendant's April 19, 2021 letter it is hereby:

      ORDERED that in light of the Government's voluminous Rule 26 discovery and in light of defendant ALEXEI SAAB'S limited access to his discovery at the Metropolitan Correctional Center (MCC):

      MCC is ORDERED to allow the Defendant, ALEXEI SAAB, Register Number 87009-054 to use a laptop in his unit for the duration of his time at the MCC.

      The laptop will be supplied by the Defense Discovery Coordinator Emma Greenwood.

      The laptop will be inspected by the MCC prior to being turned over to the Defendant.

      Defendant ALEXEI SAAB will be able to use the laptop to review the Rule 26 discovery contained on all three (3) hard drives already at the MCC. ALEXEI SAAB will be allowed to use the laptop to review any electronic discovery already in his possession. ALEXEI SAAB will be allowed to review any future electronic discovery supplied to him by Defense Discovery Coordinator Emma Greenwood.

      The Defense must comply with this Court's Protective Order, dated October 15, 2019.

SO ORDERED

Dated: New York, New York

April 20, 2021

_____
PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE