UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - against -                            **NOTICE OF MOTION**

ALEXEI SAAB,                              19 cr. 676 (PGG)

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -- - - - -x

    PLEASE TAKE NOTICE that the defendant ALEXEI SAAB will move this Court before the Honorable Paul G. Gardephe, United States District Judge, Southern District of New York in the Thurgood Marshall Courthouse, 40 Foley Square New York, New York on a date and time convenient to the Court, for an Order granting the following relief:

    (1) For an Order granting bail or in the alternative for a detention hearing.

    (2) For an Order compelling the Government to declassify certain information to the defense.

    (3) For an Order permitting the defendant to make such other and further motions as may be appropriate; and

    (4) For such other and further relief as to this Court may seem just and proper.

Dated: May 24, 2021
    New York, New York

                                                     Yours, etc.

s/Esere Onaodowan                        s/Marlon G. Kirton
ONAODOWAN & DELINCE              KIRTON LAW FIRM
Associate Counsel for                        Attorney for Defendant
ALEXEI SAAB                                          ALEXEI SAAB

1

<table>
<tr><td>116 W. 23rd Street, 5th Floor<br>New York, N.Y. 10011<br>(646) 375-2119 ph<br>(646) 677-6918 fax<br>eonaodowan@eocdlaw.com email</td><td>175 Fulton Avenue, Suite 305<br>Hempstead, New York 1550<br>(516) 833-5617 ph<br>(516) 833-5620 fax<br>kirtonlawfirm@gmail.com email</td></tr>
</table>

TO:

Hon. Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Jason Richman and Jessica Fender
Assistant United States Attorneys
United States Attorney
Southern District of New York
Silvio J. Mollo Building
One Saint Andrews Plaza
New York, New York 10007

MR. ALEXEI SAAB

2