UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :

UNITED STATES OF AMERICA

                                               :

          - v. -                                **AMENDED ORDER**

                                               :

ALEXEI SAAB,                              19 Cr. 676 (PGG)
    a/k/a "Ali Hassan Saab,"
    a/k/a "Alex Saab,"                      :
    a/k/a "Rachid,"                         :

                        Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PAUL G. GARDEPHE, District Judge:

      WHEREAS, the Court and the parties seek to ensure that Alexei Saab has meaningful access to review discovery and other case materials while detained by the Bureau of Prisons; and

      WHEREAS, the Court seeks to ensure that such discovery access does not jeopardize the security and operational interests of the Bureau of Prisons;

      IT IS HEREBY ORDERED that:

      1.     Mr. Saab may have access to an "air-gapped" laptop computer (the "Laptop") that is disabled from accessing the internet, local area networks, or other electronic devices;

      2.     Upon receipt of an acceptable laptop computer from counsel for Mr. Saab, the Government shall (a) ensure that the laptop is appropriately "air gapped" and compatible with the Bureau of Prisons' security requirements; and (b) deliver the laptop to the proper authorities at the MCC within 48 hours;

      3.     The Laptop shall be password-protected and maintained in a location acceptable to Bureau of Prisons personnel;

4.      Bureau of Prisons personnel will provide Mr. Saab with access to the Laptop each weekday in the law library or attorney conference rooms for a total of at least 15 hours per week;

5.      This Order remains in effect until the trial in this matter is completed, and a copy of this Order shall be made available to any unit where Mr. Saab is housed;

6.      Mr. Saab may use the Laptop for the sole purpose of reviewing discovery and legal materials that relate to his criminal case. Mr. Saab shall not share the Laptop or the materials loaded onto the Laptop with other inmates or with any attorney not appointed to this case, without an order of this Court. He shall not have possession of any charging apparatus or cord that connects to the Laptop.  He shall not access or attempt to access the internet or any form of wireless communication.  He shall at all times abide by the terms of the Protective Order governing the discovery in this case.  Should Mr. Saab violate any of the terms set forth in this Paragraph, he will forfeit his right under this Order to use the Laptop.


SO ORDERED:

*Pauls Sardephe*                                                                         June 4, 2021
_____                         _____
HONORABLE PAUL G. GARDEPHE                              Date
United States District Judge
Southern District of New York