UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ALEXEI SAAB,

Defendant.

**ORDER**

19 Cr. 676 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The hearing scheduled for July 12, 2021 concerning Defendant's pretrial motions is adjourned to **July 15, 2021 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
June 29, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge