

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 28, 2021

**By ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
New York, New York 10007

     **Re:**   <u>**United States v. Saab**</u>, 19 Cr. 676 (PGG)

Dear Judge Gardephe:

     Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

     Thank you very much for the Court's consideration.

          Respectfully submitted,

          AUDREY STRAUSS
          United States Attorney

     by:  _____
          Michael Kim Krouse
          Assistant United States Attorney
          (212) 637-2279

cc:    Counsel of Record (by ECF)