UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ALEXEI SAAB,
    a/k/a "Ali Hassan Saab,"
    a/k/a "Alex Saab,"
    a/k/a "Rachid,"

                Defendant.

**ORDER**

19 Cr. 676 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court has received confirmation that a pandemic-approved courtroom will be available for the trial of this matter. Accordingly, we will proceed to trial as scheduled on **January 10, 2022 at 9:30 a.m.** The parties will be advised of the assigned courtroom when the Clerk's Office makes that determination.

        The Court will use a jury questionnaire as part of the jury selection process. The questionnaire will be distributed to the venire on **January 7, 2022 at approximately 10:15 a.m. in the Jury Assembly room in 500 Pearl Street**. The Court will distribute copies of the completed jury questionnaires to the parties that same day. The Court will convene later that afternoon to discuss the completed questionnaires with the parties and determine whether certain members of the venire should be dismissed for cause based on their responses to the questionnaire. Voir dire will resume on **January 10, 2022 at 9:30 a.m. in the Jury Assembly room in 500 Pearl Street.**

        The questionnaire is not a substitute for the traditional voir dire in open court. The questionnaire will be targeted, and will focus on a juror's ability to be fair given the charges in this case.

The parties will include in their proposed voir dire questions that they deem appropriate for use in the jury questionnaire.

Dated: New York, New York
December 13, 2021

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge