# KIRTON LAW FIRM

*Marlon G. Kirton, Esq.*

_____

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

December 23, 2021

VIA ELECTRONIC FILING

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Alexei Saab, 19 cr. 676 (PGG)*

Dear Judge Gardephe:

     I represent Alexei Saab in the above-referenced matter. This Court set a trial date of January 10, 2022. The Defense requests an opportunity to respond to the Government's letter dated December 21, 2021, by December 27, 2021.

     This Court set December 27, 2021, as a date for the parties to respond to each other's Motions In Limine. The Court also set December 27, 2021, as a date for the Defense to file any additional motions related to CIPA. The Defense will proceed on those dates.

     Yesterday, The Government filed a motion requesting this Court to modify its December 10, 2021, CIPA Order.[1] The Defense requests an opportunity to respond on or before December 27, 2021. The Court's CIPA ruling is significant, and the Government's request, if granted, will have a substantial effect on the trial. The Government does not object to this request.

     Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton

---

[1] US PACER Docket Entry #138.

1

2

Marlon G. Kirton, Esq.

cc: Jason Richman, Assistant United States Attorney (via electronic mail)
    Samuel Adelsberg, Assistant United States Attorney (via electronic mail)
    Esere Onaodowan, Esq. (via electronic mail)
    Alexandra Tseitlin, Esq. (via electronic mail)
    Deborah Colson, Esq. (via electronic mail)

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: December 23, 2021