UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| - against - | **ORDER** |
| ALEXEI SAAB, | 19 Cr. 676 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

In light of the Government's additional motion in limine raised in its reply brief (Dkt. No. 163 at 21-23), the Defendant will be permitted to file a response to that motion by **January 5, 2022 at 12:00 p.m.**

Dated: New York, New York
January 3, 2022

SO ORDERED.

_Paul S. Gardephe_

Paul G. Gardephe
United States District Judge