UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| - against - | **ORDER** |
| ALEXEI SAAB, | 19 Cr. 676 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

   The final pre-trial conference in this matter will take place on **January 5, 2022, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

   As stated in the Court's previous order (Dkt. No. 140), the Court will use a jury questionnaire as part of the jury selection process. The questionnaire will be distributed to the venire on **January 7, 2022 at approximately 10:15 a.m.** in the Jury Assembly room in the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, and copies of the completed questionnaires will be provided to the parties. The Court will meet with the parties later that afternoon to discuss the completed questionnaires and whether certain panel members should be excused based on their responses to the questionnaire.

   The voir dire will resume on **January 10, 2022 at 9:30 a.m.** in the Jury Assembly room in 500 Pearl Street. The parties will select a jury of twelve with four alternates. The Government will have six peremptory challenges, and the Defendant will have ten peremptory challenges. See Fed. R. Crim. P. 24(b)(2). Each side will have two peremptory challenges as to the alternate jurors. See Fed. R. Crim. P. 24(c)(4)(B).

After the Court has qualified enough jurors to complete the jury selection process, the parties will raise any additional challenges for cause. The Court will then ask counsel to prepare lists of jurors against whom they wish to exercise peremptory challenges. Those lists will be submitted to the Court simultaneously. If a juror appears on both lists, that simply means that he or she is excused by both sides. After determining the twelve lowest numbered jurors who have survived this process, alternate jurors will be selected. Counsel will again prepare lists of peremptory challenges as to alternate jurors, and those lists will be submitted to the Court simultaneously. The four lowest numbered jurors who have survived this process will become the alternate jurors.

Dated: New York, New York
       January 3, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge