UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

ALEXEI SAAB,

              Defendant.

**ORDER**

19 Cr. 676 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

    For the reasons stated at today's conference, the trial date in this matter is adjourned to **April 18, 2022**. As discussed at today's conference, the adjourned date is subject to COVID-compliant courtroom availability.

    Assuming courtroom availability, a jury questionnaire will be distributed to the venire on **April 18, 2022**, and a traditional voir dire will proceed on **April 19, 2022**.

    The parties will submit a joint letter by **January 12, 2022,** informing the Court what steps have been taken to ensure that defense counsel can review Section 3500 material with the Defendant and otherwise consult with the Defendant in preparation for trial.

Dated: New York, New York
      January 5, 2022

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge