UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ALEXEI SAAB,<br><br>Defendant. | **ORDER**<br><br>19 Cr. 676 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The Court has received confirmation that a pandemic-approved courtroom will be available for the trial of this matter beginning on **April 20, 2022**.

The Court will use a jury questionnaire as part of the jury selection process. The questionnaire will be distributed to the venire on **April 20, 2022 at approximately 10:15 a.m. in the Jury Assembly room in 500 Pearl Street**. The Court will distribute copies of the completed jury questionnaires to the parties that same day. The Court will convene later that afternoon to discuss the completed questionnaires with the parties and determine whether certain members of the venire should be dismissed for cause based on their responses to the questionnaire. Voir dire will resume on **April 21, 2022 at 9:30 a.m. in the Jury Assembly room in 500 Pearl Street.**

A final pre-trial conference will take place on **April 18, 2022 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       March 10, 2022

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge