

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 18, 2022

**VIA CM/ECF**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *United States v. Alexei Saab*, 19 Cr. 676 (PGG)

Dear Judge Gardephe:

  The Government writes regarding the trial schedule in this matter. On March 11, 2022, the Court issued an order setting forth the trial schedule, and scheduling jury selection to begin on April 20. (Dkt. 175). On April 22, one of the undersigned will be observing the Passover holiday and will be unable to use transportation, electronic devices (including microphones), or writing instruments, and thus be unable to attend Court or participate in trial.

  As such, the Government respectfully requests that the Court not sit for trial on April 22. Defense counsel consents to this request.

              Respectfully submitted,

              DAMIAN WILLIAMS
              United States Attorney

            By: /s/
              Samuel Adelsberg
              Jason A. Richman
              Assistant United States Attorneys
              (212) 637-2494 / 2589

cc: Defense Counsel  (by ECF)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: March 21, 2022