UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

UNITED STATES OF AMERICA

- against -

ALEXEI SAAB,

                Defendant.

**ORDER**

19 Cr. 676 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The Court is in receipt of an email from defense counsel, dated April 12, 2022 at 9:07 a.m., stating as follows:

> Dear Chambers:
>
> Lohers Forensics may be able to make Michele Bush available to testify on Monday, May 1, 2022. I will confirm in writing later today.
>
> Marlon Kirton

      No later than 5:00 p.m. today, defense counsel will file a letter on the Court's docket indicating – in light of this development – whether Saab is withdrawing his request (see Dkt. Nos. 178, 182) to have Michele Bush deposed before trial or to permit her to testify via two-way closed-circuit television.

Dated: New York, New York
       April 12, 2022

                          SO ORDERED.

                          _____
                          Paul G. Gardephe
                          United States District Judge