UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ALEXEI SAAB,

               Defendant.

**VERDICT**

19 Cr. 676 (PGG)

Please indicate your unanimous determination with a check mark (✓).

**COUNT ONE – CONSPIRACY TO PROVIDE MATERIAL SUPPORT OR
RESOURCES TO A FOREIGN TERRORIST ORGANIZATION**

GUILTY _____    NOT GUILTY \_\_\_✓\_\_\_\_\_

✱ **COUNT TWO – PROVIDING MATERIAL SUPPORT OR RESOURCES
TO A FOREIGN TERRORIST ORGANIZATION**

GUILTY _____    NOT GUILTY _____

**COUNT THREE – RECEIVING MILTARY-TYPE TRAINING
FROM A FOREIGN TERRORIST ORGANIZATION**

GUILTY \_\_\_✓\_\_\_\_\_    NOT GUILTY _____

**COUNT FOUR – CONSPIRACY TO COMMIT MARRIAGE FRAUD**

GUILTY \_\_\_✓\_\_\_\_\_    NOT GUILTY _____

**COUNT FIVE – <u>CITIZENSHIP APPLICATION FRAUD</u>**

GUILTY _____   NOT GUILTY \_\_✓\_\_

**COUNT SIX – <u>NATURALIZATION FRAUD</u>**

GUILTY _____   NOT GUILTY \_\_✓\_\_

**COUNT SEVEN – <u>FALSE STATEMENTS</u>**

GUILTY \_\_✓\_\_   NOT GUILTY _____

After completing this form, the Foreperson should sign and date it, place it in an envelope, and inform the Marshal that the jury has reached a verdict.

Dated: 5/11/2022

*Abigail Abrahams*
Signature of Foreperson