UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ALEXEI SAAB,

Defendant.

**ORDER**

19 Cr. 676 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Any post-trial motions filed by the Defendant are due by **May 25, 2022**.  The Government's opposition is due by **June 1, 2022**.  Any reply from the Defendant is due by **June 8, 2022**.

Dated: New York, New York
        May 11, 2022

SO ORDERED.

Paul G. Gardephe
United States District Judge