

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 18, 2022

**VIA CM/ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Alexei Saab*, 19 Cr. 676 (PGG)

Dear Judge Gardephe:

      Pursuant to the Court's oral order of May 11, 2022 (May 11, 2022 Tr. at 1365), the Government writes to respectfully request that the Court set a date for a retrial of the defendant on Count Two of the above-referenced Indictment. The Government has consulted with the defense on a potential schedule for a second trial and the Government proposes that the Court schedule the trial for the Fall of 2022. Defense counsel does not object. Defense counsel has a conflict the last week of September and first two weeks of October but is otherwise available, and the Government will be available whenever is convenient for the Court. The Government anticipates that its case-in-chief will last less than one week.

      The Government will continue to evaluate its position regarding the retrial depending on, among other things, the Court's decision on the defendant's post-trial motions pursuant to Rule 29 and/or Rule 33, and will promptly update the Court if the Government determines that a trial date is unnecessary.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:   /s/                    
      Sam Adelsberg
      Jason A. Richman
      Assistant United States Attorneys
      (212) 637-2494 / 2589

cc:    Defense Counsel   (by CM/ECF)