UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    - against -                         **NOTICE OF MOTION**

ALEXEI SAAB,                                  19 cr. 676 (PGG)

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - - -x

    PLEASE TAKE NOTICE that the defendant ALEXEI SAAB will move this Court before the Honorable Paul G. Gardephe, United States District Judge, Southern District of New York at the Thurgood Marshall, United States Courthouse, 40 Foley Square New York, New York, at a date and time convenient to the Court, for an Order granting the following relief:

    (1) For an Order pursuant to Rule 29( c ) of the federal Rules of Criminal Procedure granting defendant a judgment of acquittal.

    (2)  For such other and further relief as to this Court may seem just and proper.

Dated: May 25, 2022
    New York, New York

                                               Yours, etc.

| s/Esere Onaodowan | s/Marlon G. Kirton |
|---|---|
| ONAODOWAN & DELINCE, PLLC | KIRTON LAW FIRM |
| Associate Counsel for | Attorney for Defendant |
| ALEXEI SAAB | ALEXEI SAAB |
| 116 West 23rd Street, 5th Floor | 175 Fulton Avenue, Suite 305 |
| New York, N.Y. 10011 | Hempstead, New York 1550 |
| (646) 375-2119 ph | (516) 833-5617 ph |
| (646) 677-6918 fax | (516) 833-5620 fax |
| eonaodowan@eocdlaw.com email | kirtonlawfirm@gmail.com email |

1

2

TO:

    Hon. Paul G. Gardephe
    United States District Judge
    Thurgood Marshall
    United States Courthouse
    40 Foley Square
    New York, New York 10007

    Jason Richman and Samuel Adelsberg
    Assistant United States Attorneys
    United States Attorney
    Southern District of New York
    Silvio J. Mollo Building
  One Saint Andrews Plaza
New York, New York 10007

    MR. ALEXEI SAAB