# KIRTON LAW FIRM

---

*Marlon G. Kirton, Esq.*

_____

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

May 31, 2022

VIA ELECTRONIC FILING

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Alexei Saab, 19 cr. 676 (PGG)*

Dear Judge Gardephe:

     I represent Alexei Saab in the above-referenced matter. The Court ordered a Rule 29 motion to be filed on or before May 25, 2022. The Defense filed the motion on May 25, 2022. The motions are contained in Docket Numbers 210, 211, and 212. The Defense refiled the same motion, with a few non-substantive edits to the memorandum of law in Docket Numbers 237, 238, and 239. The Defense requests that the Court accept these documents and delete Docket Numbers 210, 211, and 212.

     Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.


cc: Jason Richman, Assistant United States Attorney (via electronic mail)
    Samuel Adelsberg, Assistant United States Attorney (via electronic mail)
    Esere Onaodowan, Esq. (via electronic mail)

1

2