# KIRTON LAW FIRM

Marlon G. Kirton, Esq.

Nassau County:
175 Fulton Avenue, Suite 305
Hempstead, New York 11550
Tel. # (516) 833-5617
Fax # (516) 833-5620

May 31, 2022

VIA ELECTRONIC FILING

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Alexei Saab, 19 cr. 676 (PGG)*

Dear Judge Gardephe:

    I represent Alexei Saab in the above-referenced matter. The Court ordered a Rule 29 motion to be filed on or before May 25, 2022. The Defense filed the motion on May 25, 2022. The motions are contained in Docket Numbers 210, 211, and 212. The Defense refiled the same motion, with a few non-substantive edits to the memorandum of law in Docket Numbers 237, 238, and 239. The Defense requests that the Court accept these documents and delete Docket Numbers 210, 211, and 212.

    Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.

**Memo Endorsed:** The Court has reviewed both versions of Defendant's memorandum of law at Dkt. Nos. 212 and 239, and there are no substantive changes between the two documents. Accordingly, Defendant's revised filings at Dkt. Nos. 237-239 are accepted, and the parties are directed to refer to those documents in their future filings.

The Clerk of Court is directed to strike Dkt. Nos. 210, 211, and 212 from the docket in this matter as duplicative.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated:  June 1, 2022

1