UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| - against - | **ORDER** |
| ALEXEI SAAB, | 19 Cr. 676 (PGG) |
| Defendant. | |

---

PAUL G. GARDEPHE, U.S.D.J.:

On May 11, 2022, the trial of Defendant Alexei Saab ended in a mistrial as to Count Two of the Indictment. (May 11, 2022 Tr. (Dkt. No. 235) at 1357-61; Verdict Form (Dkt. No. 207) at 1) In a May 18, 2022 letter, the Government requests that the Court set a date for a retrial concerning Count Two. (Govt. May 18, 2022 Ltr. (Dkt. No. 209))

The retrial of Defendant Alexei Saab on Count Two of the Indictment is scheduled for **August 15, 2022**.

A final pre-trial conference will take place on **July 29, 2022 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse at 40 Foley Square.

Motions in limine, requested voir dire, and requests to charge (as discussed below) are due on **July 18, 2022**. Responsive papers, if any, are due on **July 25, 2022**.

As to the jury instructions, the Court expects to deliver general instructions and instructions as to Count Two in substantially the same form as at the earlier trial. If either side seeks a change in these instructions, that party will so state in their requests to charge, and the opposing party will address the proposed change in their responsive papers.

The Court will again use a jury questionnaire as part of the jury selection process. The questionnaire will be distributed to the venire on the morning of **August 15, 2022**. As

before, the Court will distribute copies of the completed jury questionnaires to the parties that same day. The Court will convene later that afternoon to discuss the completed questionnaires with the parties and determine whether certain members of the venire should be dismissed for cause based upon their responses to the questionnaire. <u>Voir</u> <u>dire</u> will resume on **August 16, 2022 at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse at 40 Foley Square.

Dated: New York, New York
       June 8, 2022

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge