UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ALEXEI SAAB,

Defendant.

**ORDER**

19 Cr. 676 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As stated on the record at today's conference, the retrial of Defendant Alexei Saab on Count Two of the Indictment is adjourned to **October 17, 2022**.

The Court will again use a jury questionnaire as part of the jury selection process. The questionnaire will be distributed to the venire on the morning of **October 17, 2022**. As before, the Court will distribute copies of the completed jury questionnaires to the parties that same day. The Court will convene later that afternoon to discuss the completed questionnaires with the parties and determine whether certain members of the venire should be dismissed for cause based upon their responses to the questionnaire. Voir dire will resume on **October 18, 2022 at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse at 40 Foley Square.

Dated: New York, New York
July 29, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge