UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ALEXEI SAAB,<br><br>            Defendant. | **ORDER**<br><br>19 Cr. 676 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      A conference in this matter will take place on **September 28, 2022 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       September 21, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge