UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

ALEXEI SAAB,

Defendant.

**ORDER**

19 Cr. 676 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      For the reasons stated on the record at today's proceeding, Defendant Alexei Saab's motion for a judgment of acquittal (see Dkt. No. 237) is denied.

Dated: New York, New York
       September 28, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge