

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 4, 2022

**VIA CM/ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Alexei Saab*, 19 Cr. 676 (PGG)

Dear Judge Gardephe:

      The Government respectfully writes to update the Court on the status of the above-referenced matter. In light of the Court's denial of the defendant's post-trial motion for a judgment of acquittal, Dkt. 256, the Government does not intend to proceed with the currently-scheduled retrial of the defendant on Count Two of the Indictment. As such, the parties respectfully request that the Court remove from the calendar the retrial currently scheduled for October 17, 2022, and schedule sentencing for approximately 90 days from now, at which point the Government intends to move to dismiss Count Two (without prejudice given the likely filing of an appeal of the existing convictions).

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:   /s/_____
      Sam Adelsberg
      Jason A. Richman
      Assistant United States Attorneys
      (212) 637-2494 / 2589

cc:     Defense Counsel   (by CM/ECF)

---

MEMO ENDORSED

The Application is granted. Sentencing is scheduled for January 23, 2023 at 4:00 p.m. Defendant's sentencing submission is due on January 6, 2023, and the Government's sentencing submission is due on January 13, 2023.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: Oct. 4, 2022