

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 20, 2022

**BY ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *United States v. Alexei Saab*, 19 Cr. 676 (PGG)

Dear Judge Gardephe:

    The Government and defense counsel jointly write to respectfully request an adjournment of the sentencing date in the above-captioned case, which is currently scheduled for April 5, 2023.  Defense counsel is scheduled to begin a two week trial on April 3, 2023, and Government counsel will be observing the Passover holiday on April 5, 2023.  The parties understand, following a conversation with Your Honor's chambers, that the Court is available to conduct the sentencing on April 19, 2023, at 10 a.m.  The parties thank the Court for its consideration.

                              Respectfully submitted,

                                DAMIAN WILLIAMS
                              United States Attorney

                       By: s/_____
                              Sam Adelsberg
                              Jason A. Richman
                              Assistant United States Attorneys
                              (212) 637-2494 / 2589

cc:    Defense Counsel    (by ECF)

**MEMO ENDORSED:** Sentencing is adjourned to April 19, 2023 at 10:00 a.m.  The Defendant's sentencing submission is due by March 17, 2023, and the Government's sentencing submission is due by March 24, 2023.

SO ORDERED.

*[signature: Paul G. Gardephe]*
_____
Paul G. Gardephe
United States District Judge
Date:  January 4, 2023