# KIRTON LAW FIRM

*Marlon G. Kirton, Esq.*

_____

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

March 15, 2023

VIA ELECTRONIC FILING

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Alexei Saab, 19 cr. 676 (PGG)*

Dear Judge Gardephe:

    I represent Alexei Saab in the above-referenced matter. A jury convicted Mr. Saab of three counts in a trial before this Court. This Court set April 19, 2023, as a date for a sentencing hearing. Defense submissions are due on March 17, 2023, and the Government response is due on March 24, 2023. The Defense requests an extension of time to file to March 27, 2023. The Government response will be due on or before April 4, 2023. The Defense is not requesting an adjournment of the sentencing hearing.

    I suffered a sports-related injury in late January. I have been on a limited schedule since then. I was briefly hospitalized and am now in physical therapy. However, I am in a position to complete my work on or before March 27, 2023. The Defense has consulted with the Government concerning this matter. The Government takes no position regarding this request.

    Please contact me if you have any questions or concerns.

Sincerely,

*Marlon Kirton*
Marlon G. Kirton, Esq.

1

cc: Jason Richman, Assistant United States Attorney (via electronic mail)
    Samuel Adelsberg, Assistant United States Attorney (via electronic mail)
    Esere Onaodowan, Esq. (via electronic mail)

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul Gardephe*
Paul G. Gardephe, U.S.D.J.
Date: March 21, 2023

2