# KIRTON LAW FIRM

---

*Marlon G. Kirton, Esq.*

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

March 30, 2023

VIA ELECTRONIC FILING

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Alexei Saab, 19 cr. 676 (PGG)*

Dear Judge Gardephe:

     I represent Alexei Saab in the above-referenced matter. A jury convicted Mr. Saab of three counts in a trial before this Court. This Court set April 19, 2023, as a date for a sentencing hearing. The Defense filed a sentencing submission on March 28, 2023. The Defense requests an adjournment of the sentencing hearing to either the first or second week in May.

     Mr. Saab is still working on his letter to the Court and needs more time to finalize the letter. Also, The Defense has flagged a few non-substantive errors in the sentencing submission that need to be edited. The Defense will refile on April 11, 2023. The Government does not object to this request and asks for a response date of April 21, 2023.

     Please contact me if you have any questions or concerns.

Sincerely,

*Marlon Kirton*
Marlon G. Kirton, Esq.

cc: Jason Richman, Assistant United States Attorney (via electronic mail)
    Samuel Adelsberg, Assistant United States Attorney (via electronic mail)

1

2

Esere Onaodowan, Esq. (via electronic mail)