# KIRTON LAW FIRM

_____

*Marlon G. Kirton, Esq.*           *Nassau County:*
                                   *175 Fulton Avenue, Suite 305*
_____                *Hempstead, New York 11550*
                                   *Tel. # (516) 833-5617*
                                   *Fax # (516) 833-5620*

April 11, 2023

VIA ELECTRONIC FILING

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Alexei Saab, 19 cr. 676 (PGG)*

Dear Judge Gardephe:

      I represent Alexei Saab in the above-referenced matter. I have reviewed Mr. Saab's letter to the Court dated March 29, 2023. This letter will update the Court regarding the issues raised in Mr. Saab's letter.

      The Defense sentencing memorandum was filed via ECF on March 28, 2023. I visited Mr. Saab on the following dates after the filing: March 30th, April 3rd, April 4th, and April 10th. During these meetings, we resolved "inaccuracies" and "contradictions" and gave him a chance to "provide feedback" on both the sentencing memorandum and the mitigation report. I filed both documents on April 6th. Mr. Saab and I also discussed his letter to the Court, which was filed earlier today, along with other documents. I consider the issues raised in his letter resolved. However, we will continue to consult with Mr. Saab and make supplemental filings as needed on or before May 2, 2023.

      Please contact me if you have any questions or concerns.

Sincerely,

*Marlon Kirton*
Marlon G. Kirton, Esq.

1

2

cc: Jason Richman, Assistant United States Attorney (via electronic mail)
    Samuel Adelsberg, Assistant United States Attorney (via electronic mail)
    Esere Onaodowan, Esq. (via electronic mail)