# *KIRTON LAW FIRM*

_____

*Marlon G. Kirton, Esq.*          *Nassau County:*
                                   *175 Fulton Avenue, Suite 305*
_____                  *Hempstead, New York 11550*
                                   *Tel. # (516) 833-5617*
                                   *Fax # (516) 833-5620*

May 4, 2023

VIA ELECTRONIC FILING

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Alexei Saab, 19 cr. 676 (PGG)*

Dear Judge Gardephe:

    I represent Alexei Saab in the above-referenced matter. The Defense will not file a sentencing motion on May 9, 2023. We will adhere to this Court's schedule.

    Please contact me if you have any questions or concerns.

Sincerely,

*Marlon Kirton*
Marlon G. Kirton, Esq.


cc: Jason Richman, Assistant United States Attorney (via electronic mail)
    Samuel Adelsberg, Assistant United States Attorney (via electronic mail)
    Esere Onaodowan, Esq. (via electronic mail)

1