

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 19, 2026

**BY ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:    *United States v. Alexei Saab*, **19 Cr. 676 (PGG)**

Dear Judge Gardephe:

The Government writes to update the Court on the status of the above-referenced matter and to jointly request on behalf of the parties a two-week adjournment of the upcoming deadlines in this case.

As the Court is aware, throughout the proceedings in the District Court, including at a multi-week trial and sentencing, the defendant was represented by Marlon G. Kirton, Esq. and Esere J. Onaodowan, Esq., among a team of lawyers. After the defendant was convicted at trial and sentenced, he filed a Notice of Appeal on June 5, 2023. (*See United States v. Saab*, 23-6598 (2d Cir.) Dkt. 1). His lawyers on the appeal remained the same. On November 22, 2023, Mr. Kirton filed a motion to be relieved as counsel owing to a potential conflict in the representation. (*See Saab*, 23-6598, Dkt. 23.2). Namely, Mr. Kirton informed the Second Circuit that there was a potential argument on appeal concerning the voluntariness of the defendant's post-arrest statements and Mr. Kirton believed that would render Mr. Kirton and Ms. Onaodowan as witnesses. (*Id.*). The Government took no position on the defendant's request, and the Second Circuit granted the motion to be relieved and appointed new counsel for purposes of the appeal. (Saab, 23-6598, Dkt. 33). Eventually, new counsel filed an appeal on Mr. Saab's behalf and did not pursue appellate relief in connection with the issue that Mr. Kirton and Ms. Onaodowan identified as a potential conflict (*i.e.*, the voluntariness of the defendant's post-arrest statements). On January 14, 2026, the Second Circuit affirmed the defendant's conviction, and remanded to the Court for resentencing. (*See Saab*, 23-6598, Dkt. 77).

Last week, the Court filed an Order requiring the Government to make a submission regarding the application of the Terrorism Enhancement under Guidelines Section 3A4.1 by March 23, 2026, and the defendant to make a submission by April 6, 2026. (Dkt. 290). The Government has consulted with Mr. Kirton, who has expressed his desire to represent Mr. Saab at the resentencing and in connection with these filings. The Government additionally understands from Mr. Kirton that he is visiting with the defendant the week of March 30, 2026, to confirm that the defendant wishes to continue with Mr. Kirton as his counsel. Given this anticipated meeting, the parties respectfully respect that the Court adjourn the upcoming deadlines for two weeks, such that the Government's submission will be due on April 6, 2026, and the defendant's submission will be due on April 20, 2026.

[continued on next page]

   In addition, the Government, with the defendant's consent, respectfully requests that, after Mr. Kirton meets with the defendant, if the defendant confirms that he wants Mr. Kirton to continue as counsel, the Court allocute the defendant on the above and confirm that the defendant understands the potential conflict that Mr. Kirton raised with the Second Circuit and wishes to proceed with Mr. Kirton representing him in these proceedings.  If the Court grants the request, the parties will contact the Court to schedule an appearance in advance of any resentencing.

                                        Respectfully submitted,

                                        JAY CLAYTON
                                        United States Attorney

                              By: s/_____
                                        Sam Adelsberg
                                        Jason A. Richman
                                        Assistant United States Attorneys
                                        (212) 637-2494 / 2589

cc:      Defense Counsel      (by ECF)