

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 19, 2026

**BY ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Alexei Saab*, 19 Cr. 676 (PGG)

Dear Judge Gardephe:

The Government writes to update the Court on the status of the above-referenced matter and to respectfully request an adjournment of the filing deadlines for re-sentencing submissions in this case.

On April 3, 2026, defense counsel filed a request for the appointment of *Curcio* counsel for the defendant and for a stay of upcoming deadlines pending resolution of the request for additional counsel. The Government understands that the Court has requested additional information from defense counsel on the potential conflict and the purpose for *Curcio* counsel before determining whether a *Curcio* hearing is necessary.  As such, the Government respectfully requests that the Court adjourn the parties' respective deadlines for their re-sentencing submissions pending an additional filing from defense counsel and resolution of this issue.  While the issue remains pending, the Government will coordinate with the United States Marshal's Service to effectuate the defendant's transfer to a local prison facility for the eventual *Curcio* hearing and/or re-sentencing proceeding.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: s/_____
Sam Adelsberg
Jason A. Richman
Assistant United States Attorneys
(212) 637-2494 / 2589

cc:    Defense Counsel        (by ECF)