UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ALEXEI SAAB,

Defendant.

**ORDER**

19 Cr. 676 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

A conference will take place in this matter on **May 7, 2026 at 11:00 a.m.,** in

Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New

York, New York.

Dated:  New York, New York
        April 24, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge