UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ALEXEI SAAB,

Defendant.

**ORDER**

19 Cr. 676 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On March 10, 2026, this Court ordered the Government to make a submission addressing the factual and legal basis for application of the Terrorism Enhancement under U.S.S.G. § 3A4.1 by March 23, 2026, and Defendant Saab to respond to the Government's submission by April 6, 2026.  (Mar. 10, 2026 Order (Dkt. No. 295) at 2)  The deadline for the Government's submission was subsequently extended to April 10, 2026.  (Dkt. No. 295)  Accordingly, the deadline for Defendant Saab's submission is extended to May 4, 2026.

Dated: New York, New York
       April 29, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge