# *KIRTON LAW FIRM*

*Marlon G. Kirton, Esq.*

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

**Paul G. Gardephe, U.S.D.J.**

Dated:  May 4, 2026

May 2, 2026

VIA ELECTRONIC FILING

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re*: United States v. Alexei Saab, 19 cr. 676 (PGG)*

Dear Judge Gardephe:

    I represent Mr. Saab in the above-referenced matter. I request an extension until May 14, 2026, to file a response to the government's motion regarding the terrorism enhancement.

## BACKGROUND

    I am Lead Counsel for Mr. Saab. Mr. Saab was convicted after a jury trial of three (3) offenses. *US PACER Dkt. #284*. I filed a timely Notice of Appeal. *Id. #285*. Later, I filed a motion with the Court of Appeals to be relieved due to a potential conflict of interest*. US v Saab, 23-6598 #23*. The Circuit granted the request*. Id. #25*. After the appeal was perfected and argued, the conviction was upheld, but the sentence was reversed and remanded for further proceedings. *Id. #79*.

    On April 3, 2026, I filed a letter requesting the appointment of conflict-free counsel to address potential conflicts of interest. *US PACER Dkt #293*. On April 10, 2026, the government filed a motion addressing the issues discussed by the Court of Appeals. *US PACER Dkt #296*. On April 15, 2026, I filed a request for the appointment of Matthew Brissenden, Esq., as Associate Counsel to assist me in responding to the government's terrorism enhancement motion. This Court granted the request the same day. However, I did not receive notice of his appointment until April 29, 2026. I contacted Mr. Brissenden the same day, and he informed me that he was out of town until May 5, 2026.

### REQUEST

I request that the defense file its response to the government's motion by May 14, 2026. Mr. Brissenden briefed and argued the same issue before the Second Circuit on Mr. Saab's behalf. His appointment is a prudent use of government funds, but for the scheduling snafu, the defense would already have filed a response. Finally, I have had several conversations with Mr. Saab and am aware that he would like me to discuss the motion with him before it is filed. A May 14th filing date gives the defense enough time to complete its work and for us to review the matter with Mr. Saab. I reached out to the government yesterday regarding this application. I have not received a response.

Please contact me if you have any questions or concerns.

Sincerely,

*Marlon Kirton*
Marlon G. Kirton, Esq.


cc: Sam Adelsberg, Assistant United States Attorney (via electronic mail)
    Jason Richman, Assistant United States Attorney (via electronic mail)
    Matthew Brissenden, Esq. (via electronic mail)