UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ALEXEI SAAB,

Defendant.

**ORDER**

19 Cr. 676 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for **May 7, 2026 at 11:00 a.m.** is to be attended by the Defendant and defense counsel.  The Government need not attend.

Dated:  New York, New York
        May 6, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge