UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ALEXEI SAAB,

Defendant.

**ORDER**

19 Cr. 676 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a conference in this case on **May 14, 2026 at 10:00 a.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. This conference is to be attended by the Defendant and defense counsel. The Government need not attend.

Dated:  New York, New York
        May 7, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge