# *KIRTON LAW FIRM*

*Marlon G. Kirton, Esq.*

_____

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

**MEMO ENDORSED:**

This application is granted in part.  The Defendant's sentencing submission will be due by June 15, 2026, and the Government's submission will be due by June 22, 2026.  The Defendant's re-sentencing will take place on **July 10, 2026, at 2:00 p.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated:  May 19, 2026

May 19, 2026

VIA ELECTRONIC FILING

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re*: United States v. Alexei Saab, 19 cr. 676 (PGG)*

Dear Judge Gardephe:

I represent Mr. Saab in the above-referenced matter. The conflict issues have been resolved, and I remain Counsel, with Matthew Brissenden serving as Associate Counsel. All parties have filed motions addressing the issues identified by the Court of Appeals (*Dkts. 296 and 303*). To resolve the remaining matters, the parties request the following dates:

1.  Defense sentencing memorandum due by June 15, 2026.
2.  Government response due by June 22, 2026.
3.  Sentencing hearing June 29, 2026.

Mr. Saab consents to an expedited probation report and waives the probation interview.[1] Please contact me if you have any questions or concerns.

Sincerely,

*Marlon Kirton*
Marlon G. Kirton, Esq.

---

[1] I sent a copy of this letter to the officer who prepared Mr. Saab's original probation report. I also sent him the recent filings regarding the terrorism enhancement guidelines.

cc: Samuel Adelsberg, Assistant United States Attorney (via electronic mail)
   Jason Richman, Assistant United States Attorney (via electronic mail)
   Matthew Brissenden, Esq. (via electronic mail)