UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ALEXEI SAAB,

Defendant.

**ORDER**

19 Cr. 676 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The resentencing of Defendant Saab currently scheduled for July 10, 2026 at 11:00 a.m. is adjourned to **July 24, 2026, at 2:00 p.m.**

Dated: New York, New York
July 9, 2026

SO ORDERED.

Paul G. Gardephe

Paul G. Gardephe
United States District Judge