**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 15, 2026

**BY ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Alexei Saab*, 19 Cr. 676 (PGG)**

Dear Judge Gardephe:

The Government writes to respectfully request that the Court move the sentencing—currently scheduled for 2 p.m. on July 24, 2026—to August 12, 2026, at 10 a.m. The parties understand that this date and time is available for the Court. Defense counsel has no objection to this request.

We thank the Court for its consideration.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: s/________________
Sam Adelsberg
Jason A. Richman
Assistant United States Attorneys
(212) 637-2494 / 2589

cc: Defense Counsel (by ECF)

**MEMO ENDORSED**
**The Application is granted.**
**SO ORDERED:**

Paul G. Gardephe

**Paul G. Gardephe, U.S.D.J.**

**Dated:** July 15, 2026